Jerome Edelstein, Plaintiff-Appellee, v. Angelo Costelli, and Al Silverman, d/b/a Chicago Speedometer Service, Defendants-Appellants.

Gen. No. 51,247.

First District, Second Division.

June 27, 1967.

Rehearing denied September 12, 1967.

John L. Roach, of Chicago, for appellant, Al Silverman; Unger & Unger, Dan Unger and Julian A. Levey, of Chicago (Louis P. Miller, of counsel), for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.